3 A.3d 666

**In re ESTATE OF Terry L. KENDALL, Deceased.**

**Petition of Susan L. Kendall.**

Supreme Court of Pennsylvania.

Aug. 18, 2010.

## ORDER

PER CURIAM.

AND NOW, this 18th day of August, 2010, the Petition for Allowance of Appeal is GRANTED. The issues, as stated by Petitioner, are:

1. Does an Orphans' Court Division Judge have "inherent power," not possessed by judges in other divisions of the Court of Common Pleas, to *sua sponte* "correct" an alleged latent "mistake" in a final declaratory judgment order contrary to 42 Pa.C.S.A. § 5505 and the "obvious and patent error" rule enunciated by this Court in *Commonwealth v. Holmes*, 593 Pa. 601, 933 A.2d 57 (2007)?

2. Do this Court's decades old plurality opinion in *Estate of Bell*, 463 Pa. 109, 343 A.2d 679 (1975) and 20 Pa.C.S.A. § 3521 give an Orphans' Court Division Judge the unfettered and unlimited right to revise, reverse and amend a final declaratory judgment order at any time without regard to 42 Pa.C.S.A. § 5505?